JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| WALTER LANCASTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA 2ND DISTRICT COURT OF APPEAL DIVISION FIVE, CITY OF LOS ANGELES<br><br>    Defendants. | Case No. LACV 21-6799 VAP (KSx)<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to the Court's Order dismissing Plaintiff's Complaint, filed under separate cover, the Court DISMISSES Plaintiff's Complaint without prejudice. The Court orders that such judgment be entered.

    **IT IS SO ORDERED.**

Dated:    9/22/21

*Virginia A. Phillips*
Virginia A. Phillips
United States District Judge